IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHRISTOPHER R. DESMOND, et al
ON Behalf of All similarly suited
Inmates IN SHU-MHU at JTVCC
        Plaintiffs,

V.

PERRY PHELPS, et al, Commissioner
        Defendants,

CLASS ACTION

C.N. A. No. 17-218

D.I. #3

## MOTION TO PLACE THE DELAWARE DEPARTMENT OF CORRECTIONS INTO RECEIVERSHIP

Plaintiffs, et al Christopher R. Desmond, on behalf of All similarly suited inmates at JTVCC hereby respectfully move The Honorable court to place The Delaware Department of Corrections Into Receivership for 90 days, The current commissioner Perry Phelps, Warden David Pierce, Acting Warden Phel Parker are in Violation of Plaintiffs Constitutional Rights under The First, Fifth, Eighth And Fourteenth Amendment to Due Process in deliberately Inflicting harm upon plaintiffs for unjust Enrichment. (D.I. #3) Plaintiffs, et al seek to Amend D.I. #3 under Federal Rules of civil Procedure Rule 15(a).

Date: March 10, 2017
   E-Filed

Christopher R. Desmond #160380
JTVCC
1181 Paddock Road
Smyrna Delaware 19977

To: Clerk
   United States District Court

Re: <u>Desmond V. Phelps, et al</u>
   Civ. A. No. 17-218 UNA

Subj: <u>Did Not receive D.I. #2 (magistrate consent form)</u>

Date: 3-10-17

Dear Clerk

I did Not receive the magistrate consent form (D.I. #2) And Please accept The cover pages E-Filed to (D.I. #1) Preliminary Injunction And E-File (D.I. #3) Motion To Place Into Receivership. The Law Library was closed during The period of direct mailing of (D.I. #1) and (D.I. #3) E-File was unavailable at That time.

sincerely
Christoph. [signature]