IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTOPHER R. DESMOND, et al,
Plaintiff,

V.

PERRY PHELPS, et al,
Defendants;

CLASS ACTION
Civ. A. No. 17-218LPS

## PLAINTIFF'S MOTION TO WITHDRAW PRELIMINARY INJUNCTION AND MOTION FOR RECEIVERSHIP

Plaintiffs, et al Christopher R. Desmond, hereby respectfully moves the Honorable court to withdraw without prejudice the preliminary injunction and motion for Receivership (D.I. #) and (D.I.#3) closing the above entitled action without prejudice to avoid duplicity in litigation with other litigation filed by secondary parties directly relating to the issues presented by plaintiffs.

WHEREFORE, plaintiffs, et al Christopher R. Desmond moves the Honorable court close the above entitled action without prejudice.

Date: April 11, 2017

Christopher R. Desmond
JTVCC
1181 Paddock Road
Smyrna Delaware
19977